a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOGUS TOPAL,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-01612<br>SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| PAM BONDI ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Dogus Topal ("Topal") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release from immigration detention. ECF No. 1.

The Government's Response to the Petition includes an Order granting Topal's application for voluntary departure under INA § 240B(a). ECF No. 16-1 at 2. The Immigration Judge ordered that Topal depart by January 2, 2026. *Id.*

Counsel for Topal filed a Reply on January 2, 2026, stating that Topal had been unable to depart and was still detained. ECF No. 17 at 3. No further update has been provided.

The Online Detainee Locator System returns zero matching records for Topal's name and identification number. If Topal is no longer detained, the case is moot, and the Court lacks jurisdiction.

Therefore, IT IS ORDERED that within 14 days of the date of this Order, the parties determine whether Topal is detained and, if no longer detained, request

1

dismissal of this action as moot.  If Topal did not voluntarily depart and remains detained, the parties should advise the Court, in writing.

SIGNED on Tuesday, January 20, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE